WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2, <br><br> Plaintiff, <br> vs. <br><br> FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:21-cv-00924-RFB-EJY <br><br> **JOINT STATUS REPORT** |

Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2 and Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their respective undersigned counsel, hereby submit this status report pursuant to the Court's Minute Order, filed on March 1, 2023 [ECF No. 14].

On February 27, 2023, the Parties filed their Notice of Settlement [ECF No. 13]. The Court filed a Minute Order requiring the Parties to file dismissal documents or a status report by April 28, 2023, addressing the status of the settlement [ECF No. 14]. The Parties need additional

time to finalize the terms of the settlement agreement. The Parties request an additional sixty (60) days, through and including June 27, 2023, to file a stipulation to dismiss this action or another joint status report advising the Court of the status of settlement.

DATED this 28th day of April, 2023.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Dragon*
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2*

DATED this 28th day of April, 2023.

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

*/s/ Sophia S. Lau*
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that service of the foregoing **JOINT STATUS REPORT** was made on the 28th day of April, 2023, to all parties and counsel identified on the CM/ECF System via Electronic Notification.

*/s/ Faith Harris*
An Employee of WRIGHT, FINLAY & ZAK, LLP

APPROVED:

DATED this 2nda of May, 2023.

_____
RICHARD F. BOULWARE, II
United States District Judge