WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2006-OP2,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00924-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

Plaintiff, HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2006-OP2 and Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

1  **IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 27th day of September, 2023.    DATED this 27th day of September, 2023.

WRIGHT, FINLAY & ZAK, LLP    SINCLAIR BRAUN KARGHER LLP

*/s/ Lindsay D. Dragon*    */s/ Kevin S. Sinclair*
Lindsay D. Dragon, Esq.    Kevin S. Sinclair, Esq.
Nevada Bar No. 13474    Nevada Bar No. 12277
7785 W. Sahara Ave., Suite 200    15260 Ventura Blvd., Ste 715
Las Vegas, NV 89117    Sherman Oaks, California 91403
*Attorney for Plaintiff, HSBC Bank USA,*    *Attorneys for Defendants, Fidelity National*
*National Association, as Trustee for ACE*    *Title Group, Inc. and Fidelity National Title*
*Securities Corp. Home Equity Loan Trust,*    *Insurance Company*
*Series 2006-OP2*

**IT IS SO ORDERED.**

DATED: This 2 day of October, 2023

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE